Conley v Pinelli Landscaping, Inc. (2024 NY Slip Op 04725)

Conley v Pinelli Landscaping, Inc.

2024 NY Slip Op 04725

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, OGDEN, AND GREENWOOD, JJ. (Filed Sept. 27, 2024.) 

MOTION NO. (50/24) CA 22-01021.

[*1]KEVIN CONLEY AND DENISE CONLEY, PLAINTIFFS-APPELLANTS, 
v
PINELLI LANDSCAPING, INC., DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.